E-FILED
Wednesday, 20 July, 2005  09:29:54 AM
Clerk, U.S. District Court, ILCD

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF ILLINOIS**
**SPRINGFIELD DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Case No.:  05-3043 |
| CHAUNCEY WHITAKER, | ) |
| Defendants. | ) |

### DEFENDANT WHITAKER'S PROFFER IN SUPPORT OF SETTING APPROPRIATE BOND

NOW COMES Defendant, **Chauncey Whitaker**, by and through his attorney, JEFF PAGE, and for his Proffer in Support of Setting Appropriate Bond, states to this Honorable Court as follows, that:

1.      Defendant, Chauncey Whitaker, is charged in the above-entitled cause, in a one Count Criminal Complaint, with Knowingly and Intentionally Distributing Five (5) Grams or More of Cocaine Base ("Crack").

2.      Defendant, Chauncey Whitaker, is currently being detained, awaiting his detention hearing scheduled for Wednesday, July 20, 2005, at 3:30 p.m.

3.      Defendant, Chauncey Whitaker, realizes that at said detention hearing the Government will be seeking detention in this matter during the pendency of this case. Said Defendant also realizes that this Honorable Court must consider whether Defendant poses a danger to the community and/or is a risk of flight in determining whether Defendant should be detained or released pending trial.

4.  Defendant, Chauncey Whitaker, asserts that if he were released on bond with appropriate conditions, he would not pose a danger to the community. In support of his assertion, Defendant proffers the following facts:

(a)  Defendant has no significant criminal history. Although it appears Defendant has at least one prior felony conviction and several misdemeanor convictions, the most recent criminal conviction was approximately eighteen (18) years ago. Defendant has never been sentenced to the Department of Corrections or the Bureau of Prisons. Upon information and belief, Defendant's prior criminal history did not involve firearms or other dangerous weapons.

(b)  The United States Probation Office will be recommending release at the Defendant's Detention Hearing on July 20, 2005.

5.  Defendant, Chauncey Whitaker, asserts that he is not a risk of flight and would attend any and all Court appearances in this matter until this case is resolved in some fashion. In support of this proposition, Defendant Whitaker asserts the following:

(a)  Defendant is forty-three (43) years of age and, with the exception of a period of approximately two (2) years, has been a life-long resident of Morgan County, Illinois.

(b)  Defendant has extensive ties to the Morgan County community, in which he has lived virtually all his life. Specifically, Defendant's mother, Nancy Wright, his step-father, Ed Wright, his sister, Crystal Robinson, his brother, Craig Wright, his nephew, Clayton Whitaker, and his daughter, Ashley Whitaker, all live in Jacksonville, Illinois, and his brother, Andy Calvin Wright, lives in Morgan County, Illinois.

(c)  Defendant Whitaker attended Jacksonville High School and

obtained his G.E.D. in 1981.

    (d)    Defendant Whitaker is single and has a nineteen (19) year old daughter, Ashley Whitaker, and a seven (7) month old grandson, Keeton Whitaker.

    (e)    Defendant Whitaker has had a prosthetic hip since 1996. As such, he is prone to infection and must have the ability to seek medical assistance in Morgan County.

6.    As stated, given the foregoing, Defendant Whitaker would in no way attempt to flee the jurisdiction and/or commit any further offenses while on bond. To the contrary, Defendant Whitaker, if given the benefit of being released on bond, would seek rehabilitative efforts, would seek employment and would abide by any and all conditions imposed by this Court while on bond.

WHEREFORE, Defendant, Chauncey Whitaker, prays that this Honorable Court enter an Order releasing Defendant Whitaker on bond during the pendency of this cause, setting appropriate bond conditions as the Court deems fit, and for such other and further relief as this Court deems just and equitable.

    Respectfully submitted,
    **Chauncey Whitaker**, Defendant

By:    **s/ Jeff Page**
    Jeff Page Bar Number: 6211836
    Attorney for Defendant
    Timoney & Page
    808 South 2nd Street
    Springfield, IL 62704
    Telephone:   (217) 522-1944
    Fax:   (217) 523-2549
    E-mail: timoneylawoffice@sbcglobal.net

**CERTIFICATE OF SERVICE**

      I hereby certify that on July 20, 2005, I electronically filed the foregoing document with the Clerk of the Court, using the CM/ECF system, which will send notification of such filing to the following:

David E. Risley
United States Attorney's Office
United States District Court
Central District of Illinois
318 South 6th Street
Springfield, IL 62701
david.risley@usdoj.gov

Lisa Hopps
lisa.hoppsl@usdoj.gov

and I hereby certify that on July 20, 2005, I have mailed by United States Postal Service, the foregoing document to the following non CM/ECF participants:

Chauncey Whitaker
c/o Sangamon County Jail
#1 Sheriff's Plaza
Springfield, IL 62701

                                                  **s/ Jeff Page**
                                                  Jeff Page Bar Number: 6211836
                                                  Attorney for Defendant
                                                  Timoney & Page
                                                  808 South 2nd Street
                                                  Springfield, IL 62704
                                                  Telephone:   (217) 522-1944
                                                  Fax:             (217) 523-2549
                                                  E-mail:  timoneylawoffice@sbcglobal.net