# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA

v.

CHAUNCEY WHITAKER

**WARRANT FOR ARREST**

Case Number: 05-3043-m

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest  Chauncey Whitaker
                                      Name

and bring him forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ■ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him with (brief description of offense)

Distribution of Cocaine Base ("Crack")

in violation of Title 21, United States Code, Section 841(a)(1).

Byron G. Cudmore
Name of Issuing Officer

s/ Byron G. Cudmore
Signature of Issuing Officer

U.S. MAGISTRATE JUDGE
Title of Issuing Officer

July 7, 2005, at Springfield, Illinois
Date and Location

BAIL FIXED AT $  NO BAIL       by       BYRON G. CUDMORE
                                         Name of Judicial Officer

## RETURN

This warrant was received and executed with the arrest of the above named defendant at  Jacksonville, IL

| Date Received 7/8/05 | Name of Arresting Officer  Larsen | Signature of Arresting Officer  JCarroll |
|---|---|---|
| Date of Arrest 7/13/05 | Title of Arresting Officer  DEA Agent | |