**E-FILED**
Monday, 08 August, 2005 02:12:24 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

**FILED**

AUG - 4 2005

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CRIMINAL NO. 05-_____ |
| | ) VIO: 21 U.S.C. § 841(a)(1) |
| CHAUNCEY WHITAKER, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## INDICTMENT

THE GRAND JURY CHARGES:

### Count I

On or about April 25, 2005, at Jacksonville, in the Central District of Illinois, the

defendant,

### CHAUNCEY WHITAKER,

knowingly distributed a mixture and substance containing cocaine base ("crack"), a Schedule II

controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

### Count II

On or about May 9, 2005, at Jacksonville, in the Central District of Illinois, the

defendant,

### CHAUNCEY WHITAKER,

knowingly distributed five or more grams of a mixture and substance containing cocaine base

("crack"), a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(B).

A TRUE BILL,

s/Foreperson

FOREPERSON

s/Gregory Harris

JAN PAUL MILLER
UNITED STATES ATTORNEY

GMG

2