E-FILED
Tuesday, 20 September, 2005  02:25:55 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No.:   05-CR-30069 |
| CHAUNCEY WHITAKER, | ) ) ) |
| Defendants. | ) |

**MOTION TO CONTINUE PRE-TRIAL AND TRIAL SETTINGS**

NOW COMES Defendant, **Chauncey Whitaker**, by and through his attorney, JEFF PAGE, and in support of his Motion to Continue Pre-Trial and Trial Settings, states to this Honorable Court as follows:

1.  Pre-trial in the above-entitled cause is currently scheduled for Monday, October 3, 2005, at 4:30 p.m., with a jury trial setting of Tuesday, October 4, 2005, at 10:00 a.m.

2.  Counsel for Defendant has not yet received the pre-trial discovery in this cause and is therefore not prepared to proceed to trial.

3.  Defendant is currently out on bond, pending trial in this cause.

4.  This Motion is not brought for the purpose of delay, but is in the best interests of all parties.

5.  Neither the rights of the Plaintiff nor the rights of the Defendant would be jeopardized by a continuance in this matter.

WHEREFORE, Defendant, **Chauncey Whitaker**, prays that this Honorable Court enter an Order continuing the pre-trial and trial settings in the above-entitled cause, and for such other and

further relief as this Court deems just and equitable.

          Respectfully submitted,

          **Chauncey Whitaker**, Defendant

By:    **s/ Jeff Page**
        Jeff Page Bar Number: 6211836
        Attorney for Defendant
        Timoney & Page
        808 South 2nd Street
        Springfield, IL 62704
        Telephone:   (217) 522-1944
        Fax:           (217) 523-2549
        E-mail:  timoneylawoffice@sbcglobal.net

## CERTIFICATE OF SERVICE

     I hereby certify that on September 20, 2005, I electronically filed the foregoing document with the Clerk of the Court, using the CM/ECF system, which will send notification of such filing to the following:

Gregory M. Gilmore
United States Attorney's Office
United States District Court
Central District of Illinois
318 South 6th Street
Springfield, IL 62701
greg.gilmore@usdoj.gov

Ruth Coleman
ruth.coleman@usdoj.gov

and I hereby certify that on September 20, 2005, I have mailed by United States Postal Service, the foregoing document to the following non CM/ECF participants:

Chauncey Whitaker
1 Rockwell
Jacksonville, IL 62650

**s/ Jeff Page**
Jeff Page Bar Number: 6211836
Attorney for Defendant
Timoney & Page
808 South 2nd Street
Springfield, IL 62704
Telephone:     (217) 522-1944
Fax:               (217) 523-2549
E-mail:   timoneylawoffice@sbcglobal.net