IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 05-30069 |
| | ) | |
| CHAUNCEY WHITAKER, | ) | |
| | ) | |
| Defendant. | ) | |

## OPINION

RICHARD MILLS, U.S. District Judge:

This case is before the Court on the Defendant's motion to continue the final pretrial conference and trial.

The final pretrial conference is currently scheduled for October 3, 2005 at 4:30 p.m., with a jury trial set for October 4 at 10:00 a.m. In support of his motion to continue, the Defendant states that counsel has not yet received pre-trial discovery and is therefore not ready to proceed to trial. The Defendant is currently out on bond and would not be prejudiced by a continuance.

1

Based upon the above justification, the Court finds that the ends of justice served by granting the continuance outweigh the best interest of the Defendant and the public in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

Ergo, the Defendant's motion to continue the final pretrial conference and trial [d/e 9] is ALLOWED. The final pretrial conference is hereby continued to December 5, 2005 at 2:00 p.m. The trial is continued to December 6, 2005 at 10:00 a.m.

ENTER: September 23, 2005

FOR THE COURT:

s/Richard Mills
United States District Judge