## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
## SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.:   05-CR-30069 |
| | ) |
| CHAUNCEY WHITAKER, | ) |
| | ) |
| Defendants. | ) |

### MOTION TO CONTINUE PRE-TRIAL AND TRIAL SETTINGS

NOW COMES Defendant, **Chauncey Whitaker**, by and through his attorney, JEFF PAGE, and in support of his Motion to Continue Pre-Trial and Trial Settings, states to this Honorable Court as follows:

1. Defendant is charged in the above-entitled cause, in a two count Indictment, with Knowingly Distributing a Mixture and Substance Containing Cocaine Base, and Knowingly Distributing Five or More Grams of a Mixture and Substance Containing Cocaine Base.

2. Pre-trial in the above-entitled cause is currently scheduled for Monday, December 5, 2005, at 2:00 p.m., with a jury trial setting of Tuesday, December 6, 2005, at 10:00 a.m.

3. Defendant is currently out on bond, pending trial in this cause.

4. Counsel for Defendant and the Government have been involved in plea negotiations, in an attempt to resolve this matter, and need additional time within which to complete such negotiations.

5. Counsel for Defendant has spoken with Assistant United States Attorney Gregory M. Gilmore, and has been informed that the Government has no objection to a continuance in this matter.

6.      This Motion is not brought for the purpose of delay, but is in the best interests of all parties.

7.      Neither the rights of the Plaintiff nor the rights of the Defendant would be jeopardized by a continuance in this matter.

WHEREFORE, Defendant, **Chauncey Whitaker**, prays that this Honorable Court enter an Order continuing the pre-trial and trial settings in the above-entitled cause, and for such other and further relief as this Court deems just and equitable.

                                      Respectfully submitted,

                                      **Chauncey Whitaker**, Defendant

By:    **s/ Jeff Page**
       Jeff Page Bar Number: 6211836
       Attorney for Defendant Whitaker
       Timoney & Page
       808 South 2nd Street
       Springfield, IL 62704
       Telephone:    (217) 522-1944
       Fax:    (217) 523-2549
       E-mail:  timoneylawoffice@sbcglobal.net

## CERTIFICATE OF SERVICE

     I hereby certify that on November 15, 2005, I electronically filed the foregoing document with the Clerk of the Court, using the CM/ECF system, which will send notification of such filing to the following:

Gregory M. Gilmore
United States Attorney's Office
United States District Court
Central District of Illinois
318 South 6th Street
Springfield, IL 62701
greg.gilmore@usdoj.gov

Ruth Coleman
ruth.coleman@usdoj.gov

and I hereby certify that on November 15, 2005, I have mailed by United States Postal Service, the foregoing document to the following non CM/ECF participants:

Chauncey Whitaker
1 Rockwell
Jacksonville, IL 62650

                                              **s/ Jeff Page**
                                              Jeff Page Bar Number: 6211836
                                              Attorney for Defendant Whitaker
                                              Timoney & Page
                                              808 South 2nd Street
                                              Springfield, IL 62704
                                              Telephone:   (217) 522-1944
                                              Fax:           (217) 523-2549
                                              E-mail:   timoneylawoffice@sbcglobal.net