IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 05-30069 |
| ) | |
| CHAUNCEY WHITAKER, ) | |
| ) | |
| Defendant. ) | |

OPINION

RICHARD MILLS, U.S. District Judge:

This case is before the Court on the Defendant's motion to continue the final pretrial conference and trial.

The final pretrial conference is currently scheduled for December 5, 2005 at 2:00 p.m., with a jury trial set for December 6, 2005 at 10:00 a.m. In support of his motion to continue, the Defendant states that counsel for the parties have been involved in plea negotiations and need additional time to complete the negotiations.  The Defendant is currently out on bond and would not be prejudiced by a continuance.  Moreover, the Government does

1

not object to a continuance.

Based upon the above justification, the Court finds that the ends of justice served by granting the continuance outweigh the best interest of the Defendant and the public in a speedy trial.  18 U.S.C. § 3161(h)(8)(A).

<u>Ergo</u>, the Defendant's motion to continue the final pretrial conference and trial [d/e 11] is ALLOWED.  The final pretrial conference is hereby continued to January 23, 2006 at 2:00 p.m.  The trial is continued to February 7, 2006 at 10:00 a.m.

ENTER: November 16, 2005

                     FOR THE COURT:

                                      s/Richard Mills
                                      United States District Judge