E-FILED
Friday, 09 December, 2005  03:51:47 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 05-CR-30069 |
| ) | |
| CHAUNCEY WHITAKER, ) | |
| ) | |
| Defendant. ) | |

## DETENTION ORDER

BEFORE U.S. MAGISTRATE JUDGE BYRON CUDMORE:

On December 8, 2005, a bond revocation hearing was held. The Defendant admitted the allegations of the petition to revoke release [13]. The Defendant did not contest the issue of detention and agreed to be detained herein. Wherefore, Defendant Chauncey Whitaker is ordered detained pending the outcome of this case.

WHEREFORE, the Defendant is committed to the custody of the Attorney General, or his designated representative, for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The Defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a Court of the United States, or on request of an attorney for the government, the person in charge of the corrections facility shall deliver the Defendant to the

U.S. Marshal for the purpose of an appearance in connection with a court proceeding herein.

    ENTER:   December 8, 2005

                                                    s/ Byron G. Cudmore
                               _____
                                                  BYRON G. CUDMORE
                                    UNITED STATES MAGISTRATE JUDGE

3:05-cr-30069-JES-BGC   # 15   Page 2 of 2