# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

**SEALED**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff | ) ) ) ) | WARRANT FOR ARREST |
| vs | ) ) ) | CASE NO. 05-30069-001 |
| CHAUNCEY WHITAKER<br>503 South Church Street<br>Jacksonville, IL   62650 | ) ) ) ) ) ) | |
| Defendant | ) | |

FILED
JAN 12 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

2005 NOV 23 A 11:58

TO:     THE U. S. MARSHAL and any
        AUTHORIZED UNITED STATES OFFICER

YOU ARE HEREBY COMMANDED to arrest **Chauncey Whitaker**, and bring him or her forthwith to the nearest magistrate judge to answer a Petition charging him or her with violation of conditions of pretrial release in violation of Title 18, United States Code, Section(s) 3148(b).

**JOHN M. WATERS**
Name of Issuing Officer

s/John M. Waters
s/John M. Waters
Signature of Issuing Officer

**CLERK U.S. DISTRICT COURT**
Title of Issuing Officer

November 23, 2005 at Springfield, Illinois
Date and Location

**Bail fixed at $ No Bail/Bond by US Magistrate Judge Byron Cudmore.**

---

**RETURN**
This warrant was received and executed with the arrest of the above named defendant at 600 E. Monroe Springfield IL

| Date Received 11/23/05 | Name of Arresting Officer | Bob Doty | Signature of Arresting Officer |
| Date of Arrest 12/5/05 | Title of Arresting Officer | USM | [signature] Carroll |