UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
|  | ) CRIM. NO. 05-30069 |
| v. | ) |
| CHAUNCEY WHITAKER, | ) |
| Defendant. | ) |

## JOINT MOTION TO CONTINUE TRIAL

The United States of America by Rodger A. Heaton, United States Attorney for the Central District of Illinois, and Gregory M. Gilmore, Assistant United States Attorney, and the defendant, by and through his attorney, Jeffrey Page, respectfully submit this motion to continue the defendant's trial, and in support thereof states:

The defendant is currently set for trial in February, 2006.

The parties anticipate this matter will be resolved without trial and request 30 days to resolve various issues. This motion is not made for purposes of delay, but in the interest of justice so as to reach the appropriate resolution.

Respectfully submitted,

RODGER A. HEATON
UNITED STATES ATTORNEY


 s/Gregory M. Gilmore
Gregory M. Gilmore
Assistant United States Attorney
318 South Sixth Street
Springfield, Illinois   62701
Telephone:  217/492-4450
greg.gilmore@usdoj.gov
Illinois Bar Number 6217499

CERTIFICATE OF SERVICE

    I certify that service of the foregoing motion has been made upon defense counsel on January 19, 2006, through the electronic filing system upon Jeffrey Page, Esq.

    s/Gregory M. Gilmore