IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 05-30069 |
| ) | |
| CHAUNCEY WHITAKER, ) | |
| ) | |
| Defendant. ) | |

OPINION

RICHARD MILLS, U.S. District Judge:

This case is before the Court on the parties' joint motion to continue the trial.

The final pretrial conference is scheduled for January 23, 2006; trial is set for February 7, 2006. In support of their motion to continue, the parties state that they anticipate the case will be resolved without trial. However, they need an additional thirty days to resolve various issues.

Based upon the above justification, the Court finds that the ends of justice served by granting the continuance outweigh the best interest of the

1

Defendant and the public in a speedy trial.  18 U.S.C. § 3161(h)(8)(A).

Ergo, the parties' joint motion to continue [d/e 17] is ALLOWED. The final pretrial conference is hereby continued to March 6, 2006 at 4:00 p.m.  The trial is continued to March 7, 2006 at 10:00 a.m.

ENTER: January 19, 2006

        FOR THE COURT:

        s/Richard Mills
        United States District Judge