AO 245B (Rev. 12/03) Judgment in a Criminal Case
Sheet 1

# UNITED STATES DISTRICT COURT

Central District of Illinois

UNITED STATES OF AMERICA
v.
CHAUNCEY WHITAKER

**JUDGMENT IN A CRIMINAL CASE**

Case Number: 05-30069-001

USM Number: 14510-026

Jeffrey T. Page
Defendant's Attorney

**THE DEFENDANT:**

☑ pleaded guilty to count(s) 1 & 2

☐ pleaded nolo contendere to count(s) _____ which was accepted by the court.

☐ was found guilty on count(s) _____ after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
| --- | --- | --- | --- |
| 21 USC § 841(a)(1) | Distribution of Cocaine Base (Crack) | 4/25/2005 | 1 |
| 21 USC § 841(a)(1) and (b)(1)(B) | Distribution of 5 or More Grams of Cocaine Base (Crack) | 5/9/2005 | 2 |

The defendant is sentenced as provided in pages 2 through 6 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☐ Count(s) _____ ☐ is ☐ are dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

7/24/2006
Date of Imposition of Judgment

*/s/ Jeanne E. Scott*
Signature of Judge

A TRUE COPY
ATTEST:
JOHN M. WATERS, CLERK
BY: *C. Cathcart*
DEPUTY CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
DATE 7/28/06

JEANNE E. SCOTT          U.S. District Judge
Name and Title of Judge

July 27, 2006
Date

AO 245B  (Rev. 12/03) Judgment in Criminal Case
Sheet 2 — Imprisonment

Judgment — Page __2__ of __6__

DEFENDANT: CHAUNCEY WHITAKER
CASE NUMBER: 05-30069-001

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

40 months on each of Counts 1 and 2, to run concurrently.

☑ The court makes the following recommendations to the Bureau of Prisons:

That the Defendant be placed in a facility with an Intensive Drug and Alcohol Treatment program.

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

  ☐ at _____ ☐ a.m. ☐ p.m. on _____.

  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  ☐ before       p.m. on _____.

  ☐ as notified by the United States Marshal.

  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on ___09-12-2006___ to ___FCI-SST___

a ___Sandstone, MN___, with a certified copy of this judgment.

James N. Cross, WARDEN

By _Deborah C. Jensen, LIE_