CHAUNCEY WHITAKER<br>
Registration No. 14510-026<br>
Federal Correctional Institution<br>
P.O. Box 1000<br>
Sandstone, Minnesota 55072-1000

March 21, 2008

**FILED**
MAR 2 4 2008
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Clerk of Court
United States District Court
Central District of Illinois
600 East Monroe Street
Springfield, Illinois 62701

RE: APPOINTMENT OF COUNSEL
    CASE NO. 05-30069-001

Dear Clerk,

  Please find enclosed my motion for request for sentence modification pursuant to 18 U.S.C. § 3582(c)(2). I am am indigent inmate and request that this Court please appoint counsel to represent me in this matter.

  I have also enclosed a copy of my institution account for the last 6 months for your convenience.

Your patience, professionalism and prompt performance in this regard will be greatly appreciated.

Thanks in advance,

*Chauncey W Whitaker*
Chauncey Whitaker #14510-026

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ILLINOIS
CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA <br>　　　　　　　　　Plaintiff <br><br> V.S. <br><br> Chauncey Whitaker <br>　　　　　　　　　Defendant | Case No: 05-30069-001 |

FILED
MAR 2 4 2008
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

## Motion to Request Modification of Sentence
## Pursuant to Title 18 U.S.C 3582 (c)(2)

　　NOW COMES the Defendant, Chauncey Whitaker, pro se, and respectfully moves this Honorable Court, pursuant to **18 U.S.C.A. sub-section 3582 (c)(2)** and sub-section **1B1.10** of the Sentencing Guidelines, to reduce defendants sentence based upon the amendment to **1B1.10** of the Sentencing Guidelines becomes effective November 1, 2007 and retroactive March 3, 2008 concerning crack cocaine.

　In support thereof, Defendant states as follows:

　　1. On July 24, 2006, the Defendant was sentenced to a term of imprisonment of 37 months, by this Honorable Court on the following counts Possess/w-intent to distribute cocaine base (crack in violation of 21 U.S.C. §§§ 841(a)(1) 841(b)(1)(C) Count 1 and 841(b)(1)(B) Count 2

　　2. Applying the applicable provisions of the guidelines as they existed on the date of the defendant's sentencing for 10.6 grams or more of crack cocaine, based on

Page 1 for 18 U.S.C 3582 MOTION

sub-section **2D1.1(c)** of the Guidelines this gave the defendant a base level of __0__.

3. On December 11, 2007, the Sentencing Commission publicly voted unanimously to make the crack cocaine amendment apply to prisoners sentenced before Nov. 1, 2007 for crack cocaine offences. The effective date of retroactivity is March 3, 2008. This would lower the defendants base level to __19__.

4. As established under sub-section 1B1.10 of the Sentencing Guidelines, this amendment is to applied retroactively. Therefore the defendant is entitled to be resentenced under the retroactively applied amendment.

5. After the appropriate adjustment are calculated, the Defendant's offences level for the purposes of resentencing is level __19__.

6. The Defendant's criminal history computation remains a Category __0__ as computed in the Presentence Report.

7. The suggested guideline range for an Offence Level __19__ with a Criminal History Category of __0__ is __30__ to __37__ months.

8. If this Honorable Court maintains it's position and imposes the same area of the new range, __30__ months would be the Defendants new sentence.

WHEREFORE, Based on the foregoing arguments and authorities, this Honorable Court is respectfully urged to reduce the Defendant's sentence and to enter a new Judgment in a Criminal Case reflecting said change in the Defendant's sentence, and any other and further relief which this Honorable Court deems just and fair.

Dated: 3-20-08

Respectfully submitted,

_Chaunsy Whites_

Page 2 for 18 U.S.C 3582 MOTION