IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff.<br><br>v.<br><br>CHAUNCEY WHITAKER,<br><br>         Defendant. | No. 05CR30069<br>Hon. Jeanne E. Scott<br>United States District Judge,<br>Presiding |

**AMENDED MOTION TO REDUCE SENTENCE TO "TIME SERVED" AND REQUEST FOR EXPEDITED CONSIDERATION**

NOW COMES the Defendant, CHAUNCEY WHITAKER, by his court-appointed undersigned attorneys, Richard H. Parsons, Federal Public Defender for the Central District of Illinois and Jonathan E. Hawley, First Assistant Federal Public Defender, moving this Honorable Court pursuant to 18 U.S.C. § 3582(c)(2) for an order reducing the defendant's term of imprisonment, and in support thereof states the following:

    1.    The Defendant pleaded guilty on March 22, 2006, to one count of distribution of cocaine base (crack) (Count 1) and one count of distribution of five or more grams of cocaine base (crack), both in violation of 21 U.S.C. § 841(a)(1).

    2.    Count 1 carried no statutory mandatory minimum penalty and Count 2 carried a 5-year.  However, because the Defendant was found to be eligible for the safety valve, he was sentenced without regard to any statutory mandatory minimum penalty.

    3.    At sentencing, the defendant was held accountable for 10.6 grams of crack cocaine.  This amount resulted in a Base Offense Level of 26.

4.	With a 2-level downward adjustment for the safety valve and a 3-level downward adjustment for acceptance of responsibility, the Defendant's Total Offense Level was 21.

5.	At sentencing, this court found the Defendant's Criminal History Category to be I, resulting in a guideline range of 37 to 46 months.

6.	This court imposed a sentence of 40 months, 33% above the bottom of the 9-month range.

7.	Under Amendment #706 to the United States Sentencing Guidelines as made retroactive by Amendment #711, the Defendant's Base Offense Level is now 24, and with the same adjustments made at his original sentencing hearing, his Total Offense Level is 19, his criminal history category remains at I, and his new guideline range is 30-37 months. A sentence 33% above the bottom of the 7-month range results in a sentence of **32 months.**

8.	The Defendant's current release date as calculated by the BOP is October 23, 2008. **Undersigned counsel calculates that with a sentence of 32 months, the Defendant would have been released on March 30, 2008. Therefore, the Defendant is eligible for immediate release.** The Bureau of Prisons has requested that in cases where a sentence of "time served" is imposed, the following language be included: "This Order is subject to the prohibition contained within USSG § 1B1.10(b)(2)(C)." Additionally, the BOP has requested that any orders for "time served" be stayed for 10 days from the date of entry to allow for the formulation of a release plan.

9.	Undersigned counsel is aware of no institutional adjustment or public safety factors which would warrant denial of this motion.

10.	The probation office has no objection to this motion. The position of the U.S. Attorney's Office is that it does not object to the defendant's amended motion, but requests that

the Court's order be in accordance with BOP's requirements for release as indicated above.

WHEREFORE, the Defendant, CHAUNCEY WHITAKER, respectfully requests that this Honorable Court GRANT the Defendant's motion to reduce sentence and enter an Amended Judgment and Conviction sentencing the defendant to **"time served**."

    CHAUNCEY WHITAKER, Defendant

    RICHARD H. PARSONS
    Federal Public Defender

BY:    s/ Jonathan E. Hawley

    _____
    JONATHAN E. HAWLEY
    Attorney for Defendant
    First Assistant FPD
    ARDC Reg. No. 6243088
    401 Main Street, Suite 1500
    Peoria, Illinois 61602
    Phone: 309/671-7891
    Fax: (309) 671-7898
    E-mail: jonathan_hawley@fd.org

**CERTIFICATE OF SERVICE**

I hereby certify that on April 2, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Assistant United States Attorney Gregory Gilmore.

    s/ Jonathan E. Hawley

    _____
    JONATHAN E. HAWLEY
    Attorney for Defendant
    First Assistant FPD
    ARDC Reg. No. 6243088
    401 Main Street, Suite 1500
    Peoria, Illinois 61602
    Phone: 309/671-7891
    Fax: (309) 671-7898

E-mail: jonathan_hawley@fd.org