AO 247 (02/08)   Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the

Central District of Illinois

| | |
|---|---|
| United States of America | )  |
| v. | )  |
| Chauncey Whitaker | ) Case No: 05-30069 |
|  | ) USM No: 14510-026 |
| Date of Previous Judgment: 07/28/2006 | ) Jonathan E. Hawley |
| (Use Date of Last Amended Judgment if Applicable) | ) Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☐ DENIED.   ☑ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of   40   months **is reduced to**   32 months*   .

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 21 | Amended Offense Level: | 19 |
| Criminal History Category: | I | Criminal History Category: | I |
| Previous Guideline Range: | 37 to 46 months | Amended Guideline Range: | 30 to 37 months |

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☑ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

**III. ADDITIONAL COMMENTS**

   *This Order is subject to the prohibition contained within USSG §1B1.10(b)(2)(c). If this sentence is less than the amount of time the Defendant has already served, the sentence is then reduced to a "Time Served" sentence.

Except as provided above, all provisions of the judgment dated   07/28/2006   shall remain in effect.
**IT IS SO ORDERED**.

Order Date:   04/02/2008

s/ Jeanne E. Scott
Judge's signature

Effective Date:   04/02/2008
(if different from order date)

JEANNE E. SCOTT, U.S. DISTRICT JUDGE
Printed name and title